UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA MOORE AND THOMAS MOORE, JR. <br><br> *Plaintiffs,* <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2004-OPT2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-OPT2; AND PHH MORTGAGE CORPORATION <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-03299 |

## NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(2) EXPERT WITNESS DESIGNATION

Plaintiffs Linda Moore and Thomas Moore, Jr. ("Plaintiffs"), hereby give notice of service of their Expert Witness Designation as required by Federal Rules of Civil Procedure 26(a)(2) to counsel for Defendants Wells Fargo Bank, National Association, as Trustee for Mastr Asset Backed Securities Trust 2004-OPT2, Mortgage Pass-Through Certificates, Series 2004 OPT2 and PHH Mortgage Corporation.

| | |
|---|---|
| **DATED:** **March 1, 2021** | Respectfully submitted, |
| | **JEFFREY JACKSON & ASSOCIATES, PLLC** |
| | */s/   Jeffrey C. Jackson* |
| | **JEFFREY C. JACKSON** |
| | Texas State Bar No. 24065485 |
| | Southern District No. 1024221 |
| | 2200 North Loop West, Suite 108 |
| | Houston, Texas 77018 |
| | 713-861-8833 (T) |
| | 713-682-8866 (F) |
| | jeff@jjacksonllp.com |
| | ATTORNEYS FOR PLAINTIFFS LINDA MOORE AND THOMAS MOORE, JR. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via Certified Mail, Return Receipt Requested, Facsimile and/or the Court's CM/ECF system on March 1, 2021.

**Daniel Durell**
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
512-305-4700 (T)
512-305-4800 (F)
daniel.durell@lockelord.com

**Robert T. Mowrey**
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
214-740-8000 (T)
214-740-8800 (F)
rmowrey@lockelord.com

**Kurt Lance Krolikowski**
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
713-226-1200 (T)
713-223-3717 (F)
kkrolikowski@lockelord.com

*Attorneys for Defendants Wells Fargo Bank, National Association, as Trustee for Mastr Asset Backed Securities Trust 2004-OPT2, Mortgage Pass-Through Certificates, Series 2004 OPT2 and PHH Mortgage Corporation*

/s/   *Jeffrey C. Jackson*
**JEFFREY C. JACKSON**