IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LINDA MOORE and THOMAS MOORE, JR., § § § Plaintiffs, § § v. § § WELLS FARGO BANK, NATIONAL ASSOCIATION, as TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2004-OPT2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004 OPT2; and PHH MORTGAGE CORPORATION, § § § § § § § § § § Defendants. § | CIVIL ACTION NO. H-20-3299 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of February, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE